UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HOWARD MICHAEL CAPLAN,                    Case No.: 9:23-cv-80009-AMC

    Plaintiff,

v.

FLOWERS OF BOCA, LLC, a Florida Limited Liability Company and OAK CIRCLE, LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, FLOWERS OF BOCA, LLC and OAK CIRCLE, LLC (collectively, the "Parties"), by and through their respective undersigned counsel, and pursuant to Rule 16.4 of the Local Rules of the United States District Court for the Southern District of Florida, hereby jointly notify the Court that the Parties are in the process of executing a written settlement agreement. The Parties therefore respectfully request that the Court stay all matters and pending deadlines in this Action and grant the Parties twenty (20) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of this Action.

Dated: February 28, 2023

Respectfully submitted,

By: __/s/   Ronald E. Stern__  
   Ronald E. Stern, Esq.  
   Florida Bar No. 10089  
   The Advocacy Law Firm, P.A.  
   1835 E. Hallandale Beach Blvd., #357  
   Hallandale, Florida 33009  
   Telephone: (954) 639-7016  
   Email: ronsternlaw@gmail.com  
   *Counsel for Plaintiff*

By: __/s/   Christopher P. Benvenuto__  
   Christopher P. Benvenuto, Esq.  
   Florida Bar No. 649201  
   Gunster, Yoakley & Stewart, P.A.  
   777 S. Flagler Drive, Suite 500 East  
   West Palm Beach, Florida 33401  
   Telephone: (561) 655-1980  
   Email: cbenvenuto@gunster.com  
   *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to any filing users who may have entered an appearance in this action.

By: <u>s/     Christopher P. Benvenuto</u>
CHRISTOPHER P. BENVENUTO
Florida Bar No. 649201
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980
Facsimile:  561-655-5677
Primary: cbenvenuto@gunster.com
Secondary: dpeterson@gunster.com
Secondary: eservice@gunster.com
**Counsel for Defendants**